Filed 6/18/26  P. v. Rogers CA4/1

# NOT TO BE PUBLISHED IN OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## COURT OF APPEAL, FOURTH APPELLATE DISTRICT

## DIVISION ONE

## STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>AALIM ZAAHIR ROGERS,<br><br>    Defendant and Appellant. | D087603<br><br><br>(Super. Ct. No. FVI24000556) |

APPEAL from a judgment of the Superior Court of San Bernardino County, Rasheed S. Alexander, Judge.  Affirmed.

Justine Eva Li Villanueva, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

Aalim Zaahir Rogers entered into a plea agreement with a stipulated sentence.  Rogers entered no contest pleas to assault on a spouse or cohabitant (Pen. Code,[1] § 273.5, subd. (a)) and admitted he caused great bodily injury, and child abuse (§ 273a, subd. (a)).

---

[1]    All statutory references are to the Penal Code.

Rogers was sentenced to a total term of nine years in prison, as stipulated by the parties.

Rogers filed a timely notice of appeal and requested a certificate of probable cause, which the court denied.

Appellate counsel has filed a brief under the authority of *People v. Wende* (1979) 25 Cal.3d 436 indicating counsel has not been able to identify any arguable issues for reversal on appeal. Counsel asks the court to independently review the record for error as mandated by *Wende*. We offered Rogers the opportunity to file his own brief on appeal, but he has not responded.

## STATEMENT OF FACTS

Counsel has included a brief summary of the stipulated facts of the offenses. We will include it in this opinion for background information.

Rogers stipulated that a factual basis for his plea could be found in the reporter's transcript of the preliminary hearing.

According to the testimony presented at the preliminary hearing, on or about February 25, 2024, Rogers's ex-girlfriend went to Rogers's home to pick up her daughter who was in Rogers's care. At Rogers's doorstep, Rogers and his ex-girlfriend argued. Rogers's wife came out of the house and she and the ex-girlfriend started fighting. Rogers's brother also came out and slammed the ex-girlfriend on the ground. Rogers's mother arrived at the scene. The ex-girlfriend testified that, at this point, Rogers said, "I'm tired of this b***h!," pulled a gun, and fired a shot. The ex-girlfriend thought Rogers had shot her daughter who was also in proximity. She picked up her daughter and drove to the hospital. The ex-girlfriend soon thereafter realized Rogers had shot her hand, not her daughter, and the blood was hers, not her daughter's. The ex-girlfriend had an emergency surgery performed to reconstruct her hand.

## DISCUSSION

As we have noted appellate counsel has filed a *Wende* brief and asks the court to independently review the record for error. To assist the court and in compliance with *Anders v. California* (1967) 386 U.S. 738 counsel has identified three possible issues that were considered in evaluating the merits of this appeal.

1. Whether the trial court abused its discretion in denying Rogers's request for a certificate of probable cause.

2. Whether the evidence in the record supports a finding of ineffective assistance of counsel.

3. Can Rogers raise ineffective assistance of counsel after a no contest plea and after the trial court denied a certificate of probable cause?

We have independently reviewed the record for error as required by *Wende* and *Ander*s. We have not discovered any arguable issues for reversal on appeal. Competent counsel has represented Rogers in this appeal.

## DISPOSITION

The judgment is affirmed.

HUFFMAN, J.*

WE CONCUR:

BUCHANAN, Acting P. J.

CASTILLO, J.

---

* Retired Associate Justice of the Court of Appeal, Fourth Appellate District, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.